UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR BALDOVINOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U. BANIGA,<br><br>　　　　Defendant. | Case No.  1:21-cv-01198-JLT-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No.  11)<br><br>JANUARY 13, 2023 DEADLINE |

　　　Pending before the Court is Plaintiff's motion for an extension of time filed on November 29, 2022.  (Doc. No. 11).  Plaintiff seeks an extension of time until January 13, 2022 to respond to the Court's Screening Order dated November 14, 2022.  (Doc. No. 10).  Plaintiff explains that the prison law library is operating at limited capacity due to ongoing Covid restrictions and because of the upcoming holidays the law library will have reduced hours.  (Doc. No. 10 at 1-2).

　　　Federal Rule of Civil Procedure 6(b)(1)(A) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline.  Plaintiff timely files the instant motion before his deadline set forth in the screening order.  For good cause shown, Plaintiff's motion is granted.  No later than January 13, 2023, Plaintiff must present to correctional officials for mailing either an amended complaint, notice that he intends to stand on complaint, or file a voluntary dismissal as set forth in more detail in the Court's Screening Order.  (Doc. No. 10).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for an extension of time (Doc. NO. 11) is GRANTED.

2. Plaintiff shall deliver his response to the Court's Screening Order (Doc. No. 10) to correctional officials for mailing **no later than January 13, 2023**.

Dated:     December 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE