UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR BALDOVINOS,<br><br>    Plaintiff,<br><br>    v.<br><br>U. BANIGA,<br><br>    Defendants. | Case No. 1:21-cv-01198-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. No. 14)<br><br>June 15, 2023 DEADLINE |

Plaintiff Salvador Baldovinos, a state prisoner, is proceeding pro se and *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983. (Doc. Nos. 1, 5). Pending before the Court is Plaintiff's "Motion for 60-Day Extension of Time" filed May 5, 2023. (Doc. No. 14).

Plaintiff states that he "just recently received" the April 11, 2023 Findings and Recommendations issued by the undersigned, recommending that this case be dismissed for Plaintiff's failure to respond to the Court's November 14, 2022 Screening Order and/or file a first amended complaint. (Doc. No. 13). In his Motion, Plaintiff requests "additional time, due to my inability to respond in a timely fashion." (*Id*.). Plaintiff requests an additional 60-day extension to file his first amended complaint due to his recent transfer from California Correctional Institution to Ironside State Prison ("ISP"). Although the Motion references Plaintiff's receipt of the April 11, 2023 Findings and Recommendations, Plaintiff appears to request a further extension of time to respond to the Court's November 14, 2022 Screening Order due to his

transfer.

Notably, Plaintiff has not filed a Notice of Change of Address as required by the Court's Local Rules.  Further, although the November 14, 2022 Screening Order directed Plaintiff to file a response within twenty-one days (Doc. No. 10), the Court previously granted Plaintiff an extension of time until January 13, 2023 to respond to the Screening Order or file a first amended complaint. (Doc. No. 12).  After Plaintiff failed to respond to the November 14, 2022 Screening Order, despite the Court's previous extension of time, the undersigned issued a Findings and Recommendations on April 11, 2023, recommending that the instant action be dismissed for Plaintiff's failure to prosecute and comply with a court order.  (Doc. No. 13).

For good cause shown, a court may grant an extension of time "if a request is made, before the original time or its extension expires" or, if made after the time has expired, the party shows excusable neglect. Fed. R. Civ. P. 6(b)(1)(A), (B).  The instant motion was filed (and was dated) more than three months after the deadline to respond to the screening order expired on January 13, 2023.  Plaintiff claims that his transfer to ISP caused the delay in his response but does not provide the dates of his transfer.  (Doc. No. 14 at 1).  Nor, as noted above, has Plaintiff filed a Notice of Change of Address as required by the Court's Local Rules.  A case may not linger indefinitely on the Court's docket without any action by a litigant.  However, due to Plaintiff's pro se status and in the interests of justice, the Court will grant Plaintiff one final limited extension of time, until **June 15, 2023**, to file a first amended complaint or otherwise respond to the Court's November 14, 2022 Screening Order.

Accordingly, it is **ORDERED**:

1.  Plaintiff's request for extension of time (Doc. No. 14) is GRANTED to the extent Plaintiff shall deliver his first amended complaint and/or response to the Court's November 14, 2022 Screening Order to correctional official for mailing **no later than June 15, 2023**.

2.  If Plaintiff timely complies with this Order by filing either a first amended complaint or a response to the Court's April 14, 2023 Screening Order by June 15, 2023, the undersigned will vacate her April 11, 2023 Findings and Recommendations.

3.  If Plaintiff does not timely comply with this Order, the undersigned will not vacate

her April 11, 2023 Findings and Recommendations and the Findings and Recommendations will be deemed submitted for consideration by the district court without further objection by Plaintiff.

       4.       Plaintiff shall file a Notice of Change of Address with the Clerk to update his address of record within fourteen (14) days.

Dated:   May 9, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE