UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR BALDOVINOS,<br><br>    Plaintiff,<br><br>    v.<br><br>U. BANGA,<br><br>    Defendant. | Case No.: 1:21-cv-1198 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION<br><br>(Doc. 13) |

Salvador Baldovinos is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. (*See generally* Doc. 1.) On November 14, 2022, the assigned magistrate judge issued a Screening Order finding Plaintiff's Complaint failed to state a claim. (Doc. 10.) Plaintiff was given three options to exercise: (1) file a First Amended Complaint; (2) file a notice that he intended to stand on his initial complaint, which the magistrate judge would recommend be dismissed; or (3) file a notice of voluntary dismissal without prejudice, under Federal Rule of Civil Procedure 41(a)(1). (*Id.* at 6-7). The Court expressly warned Plaintiff that if he failed to take any of the identified options, the magistrate judge would recommend dismissal for failure to comply with the Court's order and failure to prosecute. (*Id.* at 7.) Plaintiff was granted an extension of time to respond to the screening order no later than January 13, 2023 (Doc. 12) but did not file any response.

On April 11, 2023, the magistrate judge issued Findings and Recommendations to dismiss the case for failure to prosecute and comply with a court order. (Doc. 13.) Plaintiff did not file objections

1

to the F&R but requested a 60-day extension of time to respond to the Screening Order. (Doc. 14.) The magistrate judge granted the request and ordered Plaintiff's response must be delivered to correctional officials for mailing no later than June 15, 2023. (Doc. 15 at 2.) The order was served upon Plaintiff at on May 9, 2023, and it notified him that, "If Plaintiff does not timely comply with this Order, the undersigned will not vacate her April 11, 2023 Findings and Recommendations and the Findings and Recommendations will be deemed submitted for consideration by the district court without further objection by Plaintiff." (*Id*. at 2-3.) To date, Plaintiff has neither responded to the Screening Order, nor filed objections to the Findings and Recommendations, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 11, 2023 (Doc. 13) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 27, 2023**

UNITED STATES DISTRICT JUDGE

2